UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:21CR128 (VAB) |
| v. | |
| MICHAEL DEFILIPPO | March 17, 2023 |

### GOVERNMENT'S PROPOSED VERDICT FORM

The Government submits the following proposed verdict form for use at trial in the above-captioned case.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____/s/_____
JONATHAN N. FRANCIS
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
HEATHER CHERRY
Federal Bar No. phv07037
heather.cherry@usdoj.gov
ASSISTANT UNITED STATES ATTORNEYS
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: 203-821-3700

**VERDICT**

1. As to the charge in Count One of conspiracy to deprive civil rights, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

2. As to the charge in Count Two of identity theft, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

3. As to the charge in Count Three of identity theft, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

4. As to the charge in Count Four of identity theft, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

5. As to the charge in Count Five of identity theft, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

6. As to the charge in Count Six of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

7. As to the charge in Count Seven of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

8. As to the charge in Count Eight of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

9. As to the charge in Count Nine of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

    _____ Not Guilty          \_\_\_\_\_ Guilty

10. As to the charge in Count Ten of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

   _____ Not Guilty            \_\_\_\_\_ Guilty

11. As to the charge in Count Eleven of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

   _____ Not Guilty            \_\_\_\_\_ Guilty

12. As to the charge in Count Twelve of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

   _____ Not Guilty            \_\_\_\_\_ Guilty

13. As to the charge in Count Thirteen of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

   _____ Not Guilty            \_\_\_\_\_ Guilty

14. As to the charge in Count Fourteen of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

   _____ Not Guilty            \_\_\_\_\_ Guilty

15. As to the charge in Count Fifteen of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

   _____ Not Guilty            \_\_\_\_\_ Guilty

16. As to the charge in Count Sixteen of fraudulent voter registration, we the Jury unanimously find the defendant MICHAEL DEFILIPPO:

   _____ Not Guilty            \_\_\_\_\_ Guilty

**YOUR ANSWERS MUST BE UNANIMOUS.**


*Please double check your answers above and then sign and date this verdict form.*


_____            _____
Foreperson                                                                                          Date

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/
JONATHAN N. FRANCIS
ASSISTANT U.S. ATTORNEY